IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SHAUNTAE ADKINSON, | : | PRISONER ACTION |
| Plaintiff, | : | 42 U.S.C. § 2000e |
| | : | |
| v. | : | |
| | : | |
| DAVE AND BUSTERS OF GA, INC. | : | CIVIL ACTION NO. |
| and JOHN DOE, | : | 1:17-CV-2310-WSD-LTW |
| Defendants. | : | |

## **FINAL REPORT AND RECOMMENDATION**

Plaintiff, pro se, sought leave to proceed *in forma pauperis* ("IFP") in this action, but did not submit a current IFP application. (Doc. 2.) On June 22, 2017, the Court directed Plaintiff to submit within twenty-one days a current application and warned him that failure to do so may result in dismissal of this case. (Doc. 3.)

The Court has not received anything from Plaintiff in response to that Order, and the deadline for compliance has passed. Accordingly, the undersigned **RECOMMENDS** that this action be **DISMISSED WITHOUT PREJUDICE** for

Plaintiff's failure to comply with a lawful order of the Court. *See* Fed. R. Civ. P. 41(b); LR 41.3A(2), NDGa.

   **SO RECOMMENDED** this _31_ day of ____July____, 2017.

_____
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE

2